■ DEBRA A. LEWIS, Respondent, v NICOLAS TEJADA, Appellant, et al., Defendants. [872 NYS2d 667]—Order, Supreme Court, Bronx County (Kenneth L. Thompson, Jr., J.), entered July 8, 2008, which denied defendant Nicolas Tejada's motion for summary judgment dismissing the complaint on the ground that

plaintiff did not sustain a "serious injury" within the meaning of Insurance Law § 5102 (d), unanimously affirmed, without costs.

While defendant satisfied his initial burden of presenting a prima facie case that plaintiff did not suffer serious injury, the submissions of plaintiff's expert were sufficient to raise a triable issue of fact on that question. Plaintiff also raised issues of fact as to her 90/180-day claim. Concur—Mazzarelli, J.P., Friedman, Gonzalez, Catterson and Renwick, JJ.